UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT FLUKER, | ) | 3:06-CV-0429-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | January 30, 2007 |
| | ) | |
| CRAIG FARWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   ROSEMARY DAMRON          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

MINUTE ORDER IN CHAMBERS:

   Plaintiff has filed a Motion for Production of Medical Records (Doc. #24).  There has been no opposition.

   Plaintiff's Motion for Production of Medical Records (Doc. #24) is GRANTED.

   IT IS SO ORDERED.

                                                            LANCE S. WILSON, CLERK
                                                            By:          /s/
                                                                    Deputy Clerk